No. 93–9425. St. Louis v. McClellan, Superintendent, Southport Correctional Facility, et al. C. A. 2d Cir. Certiorari denied.

No. 93–9426. Mujihadeen v. McWherter, Regional Administrator, West Tennessee Region. C. A. 6th Cir. Certiorari denied.

No. 93–9427. McManus v. United States. C. A. 11th Cir. Certiorari denied.

No. 93–9428. Williamson et al. v. King County, Washington. Ct. App. Wash. Certiorari denied.

No. 93–9429. Lockett v. United States. C. A. 5th Cir. Certiorari denied.

No. 93–9430. Shaffer v. United States. C. A. 4th Cir. Certiorari denied.

No. 93–9432. Dooley v. Morgan, Superintendent, State Correctional Institution at Smithfield. C. A. 3d Cir. Certiorari denied.

No. 93–9435. Robinson v. United States District Court for the Northern District of Florida. C. A. 11th Cir. Certiorari denied.

No. 93–9436. Voth v. Maass, Superintendent, Oregon State Penitentiary. Sup. Ct. Ore. Certiorari denied.

No. 93–9437. Cole v. Ogorzolka et al. C. A. 8th Cir. Certiorari denied.

No. 93–9438. Robbins v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 93–9440. Rodenbaugh v. Curto. C. A. 3d Cir. Certiorari denied.

No. 93–9442. Cannon v. Indiana. Ct. App. Ind. Certiorari denied.

No. 93–9443. Whitaker v. Superior Court of California, Alameda County. C. A. 9th Cir. Certiorari denied.